# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| DOUGLAS WOLD | 1:20-cr-00202-DCN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DOUGLAS WOLD** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1343 WIRE FRAUD
18 U.S.C. § 1341 MAIL FRAUD
18 U.S.C. § 1957 ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY



United States Courts
District of Idaho
**ISSUED**
JocelynDunnegan
on Sep 11, 2020 8:58 am

September 11, 2020
Date

## RETURN

This warrant was received 9-11-2020 and executed with the arrest of the above-name individual at _____.

Subject was arrested by IRS agents

Signature of Arresting Officer

9-11-2020
Date of Arrest

Name & Title of Arresting Officer