UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DOUGLAS WOLD,<br><br>                Defendant. | Case No. 1:20-cr-00202-DCN<br><br>**ORDER** |

On February 15, 2022, the parties filed a Stipulation and Joint Motion for Court to Order Additional Restitution. Dkt. 54. The attorneys met and conferred regarding Fry Foods, Inc.'s request for restitution for attorney's fees and reached an agreement that Fry Foods, Inc. is entitled to $2,837.50 in restitution for attorney's fees incurred in participating in the Government's investigation of the Defendant. *See Lagos v. United States*, 138 S. Ct. 1684 (2018).

The Government informed Fry Foods, Inc. of the parties' agreement and Fry Foods, Inc. informed the Government that it does not object to the parties' stipulation and does not request the opportunity to appear at a hearing.

The Court has reviewed the stipulation and the record in this matter and finds good cause to approve of the stipulation. Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Joint Motion for Court to Order

ORDER - 1

Additional Restitution (Dkt. 54) is approved and granted. The Judgment in this matter will be amended as follows:

> Fry Foods, Inc.          $126,184.50[1]
> Attn: David Fry
> P.O. Box 837
> Tiffin, OH 44883

IT IS FURTHER ORDERED that the restitution hearing set for February 17, 2022, at 10:00 a.m. is VACATED.

DATED: February 16, 2022

David C. Nye
Chief U.S. District Court Judge

---

[1] The original Judgment ordered the Defendant to pay $123,347.00 in restitution to Fry Foods.

ORDER - 2